224 F.2d 282
 Martin HOYER and Chester Ferguson, Appellants,
v.
UNITED STATES of America.
 No. 15289.
 United States Court of Appeals Eighth Circuit.
 May 9, 1955.
 
 1
 Appeal from the United States District Court for the District of North Dakota.
 
 
 2
 No appearance filed for appellant Chester Ferguson.
 
 
 3
 Robert Vogel, U. S. Atty., and Ralph B. Maxwell, Asst. U. S. Atty., Fargo, N. D., for appellee.
 
 
 4
 PER CURIAM,
 
 
 5
 Appeal from District Court as to appellant Chester Ferguson dismissed, on motion of appellee. See also 223 F.2d 134.